## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE DEPAKOTE: | ) | |
| | ) | |
| D.W.K., Jr. and parents MARY and | ) | |
| DANIEL KALETA, and | ) | |
| | ) | **Case No. 14-CV-847-NJR-SCW** |
| E.P. and C.P. and parents ROGER and | ) | |
| MINDY PYSZKOWSKI, and | ) | |
| | ) | |
| J.F. and parent MICHELLE LEAL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ABBOTT LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**ROSENSTENGEL, District Judge:**

On June 30, 2014, the Court held an in–court hearing to discuss the current status of the case and put in place a trial schedule.   The Court directed the parties to submit their top five cases, ranked in order, via *ex parte* e-mail to the Court by Friday, July 18, 2014.   The Court has thoroughly reviewed those submissions, and selects the following cases for trial:

1. **D.W.K., Jr. and parents Mary and Daniel Kaleta (12-cv-0057)**

2. **E.P. and C.P. and parents Roger and Mindy Pyszkowski (to be tried together) (12-cv-0056)**

**3.   J.F. and parent Michelle Leal (13-cv-134)**

The parties are to conduct discovery as to all four plaintiffs, but Plaintiff D.W.K., Jr. will

be tried first.

Dispositive motions and *Daubert* motions as to Plaintiff D.W.K., Jr. are due on or

before **December 1, 2014**.   The Final Pretrial Conference for Plaintiff D.W.K., Jr. is

scheduled for **February 9, 2015, at 1:30 p.m**.   Jury selection will take place on **February**

**10, 2015, at 9:00 a.m**.   Trial for Plaintiff D.W.K., Jr. will begin on **February 17, 2015, at**

**9:00 a.m**.   In the event that the first case is dismissed with prejudice whether by

settlement or otherwise, trial will proceed as to E.P. and C.P. and parents Roger and

Mindy Pyszkowski, and so forth.   If necessary, additional cases from the parties'

submissions will be selected to proceed with discovery at a later date.

The Court has assigned this new case number to these four cases for management

and docket control purposes only.   From this point forward, all pleadings relating to

these four plaintiffs shall now be filed in this case, **14-cv-847-NJR-SCW**.   For any

attorneys that are not of record for these four plaintiffs, it will be their responsibility to

check the docket for notice of upcoming deadlines, rulings, etc.

**IT IS SO ORDERED.**

**DATED: July 25, 2014**

s/ Nancy J. Rosenstengel_____
NANCY J. ROSENSTENGEL
United States District Judge