# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE DEPAKOTE: ) | |
| ) | |
| J.F., a minor, by MICHELLE LEAL, ) | |
| individually as parent and next friend of J.F., ) | |
| ) | |
| Plaintiff, ) | Case No. 14-cv-847-NJR-SCW |
| ) | |
| v. ) | |
| ) | |
| ABBOTT LABORATORIES INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF MICHELLE LEAL'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 33 and 26 of the Federal Rules of Civil Procedure, Plaintiff, Michelle Leal, in her capacity as a parent and next friend of J.F. ("Plaintiff") submits the following Objections and Answers to Defendant Abbott Laboratories Inc.'s ("Defendant" or "Abbott") First Set of Interrogatories to Michelle Leal in Her Representative Capacity as Parent and Next Friend of J.F.

**PRELIMINARY STATEMENT**

These responses and objections are made solely for the purpose of and in relation to this matter. Plaintiff has not fully completed her investigation, discovery, analysis, legal research, and preparation for trial in this matter. The responses contained herein are based solely upon the information and documentation that is presently available and known to Plaintiff and which has been identified as containing potentially relevant information. It is possible that further investigation, discovery, analysis, legal research, and/or preparation may result in the ascertainment of additional information or documentation, or provide additional meaning to known factual conclusions and legal contentions, all of which may result in the modification of

**INTERROGATORY NO. 20:**

Set forth in the format indicated below (adding rows as necessary to account for each alleged act of wrongdoing) the manners in which Plaintiffs first learned or became aware of each alleged act of wrongdoing by Defendant and for which recovery is sought in this lawsuit, being sure to describe each alleged act of wrongdoing, the date on which You first learned or became aware of each alleged act of wrongdoing, the Persons who first advised You of that alleged wrongdoing, the content of the statement by which that Person or Persons first advised You of Defendant's alleged wrongdoing, and the Identity of each Document that first advised You of that alleged wrongdoing.

| Description of Each Alleged Act of Wrongdoing | Date you First Learned/Became Aware | Identity of Person Who First Advised You | Statement That First Advised You | Identity of Document That First Advised You |
|---|---|---|---|---|
|  |  |  |  |  |

**ANSWER:**

Plaintiff objects that this request relates to legal conclusions and questions of pure law which are not discoverable under Federal Rules of Civil Procedure 26 and 33, local rules or court order. Plaintiff objects to the term "alleged act of wrongdoing" as vague, overbroad and not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff objects further that the interrogatory is unduly burdensome in requesting unreasonably specific details such as the specific date of learning of Abbott's actions. Plaintiff also objects to this request as it calls for premature disclosure of expert testimony or opinion that will be governed by the Scheduling Order for this case and is therefore an attempt to circumvent the schedule. Plaintiff further objects that the request calls for her to marshal all evidence before trial while discovery is still ongoing including deposition of Defendant's representatives and relevant physicians and because it calls for Plaintiff to identify all exhibits or deposition designations before required to do so by the Scheduling Order.

Subject to and without waiving the foregoing objections, please see current petition on file for a description of Abbott's wrongdoings as well as the current complaint in *D.W.K., Jr. a minor by Mary Kaleta and Daniel Kaleta, individually and as parents and next friends of D.W.K. Jr.*; Case No. 14-cv-847-NJR-SCW (the "Kaleta Complaint"). As Plaintiffs have informed Abbott, Plaintiffs seek recovery for the wrongdoings described in the current complaint in this case as well as for breach of implied warranty, breach of express warranty, fraud, misrepresentation, intentional infliction of emotional distress, negligent infliction of emotional distress, and punitive damages, as described in the Kaleta Complaint. Furthermore, Plaintiff will provide responsive expert reports and information as required by the Federal Rules of Civil Procedure and the Court's Scheduling Order and will supplement this response accordingly.

Dated:  September 22, 2014.

Respectfully submitted,

By: */s/ Christopher Cueto*
    Christopher Cueto, #06192248
    Michael Gras, #06303414
    LAW OFFICE OF CHRISTOPHER CUETO, LTD.
    7110 West Main Street
    Belleville, IL 62223
    Phone:  (618) 227-1554
    Fax:  (618) 227-0962

    Ralph D. McBride
    Tony L. Visage
    Phillip L. Sampson, Jr.
    Heath A. Novosad
    Blair R. Loocke
    Nancy R. McEvily
    BRACEWELL & GIULIANI LLP
    711 Louisiana Street, Suite 2300
    Houston, Texas 77002
    Phone:  (713) 223-2300
    Fax:  (800) 404-3970

    Jennifer Salim Richards
    BRACEWELL & GIULIANI LLP
    1445 Ross Avenue, Suite 3800
    Dallas, Texas 75202
    Phone:  (214) 468-3800
    Fax:  (214) 468-3888

    John E. Williams, Jr.
    John T. Boundas
    Steven J. Kherkher
    Sejal K. Brahmbhatt
    WILLIAMS KHERKHER HART BOUNDAS, LLP
    8441 Gulf Freeway, Suite 600
    Houston, Texas 77017-5051
    Phone:  (713) 230-2200
    Fax:  (713) 643-6226

    William M. Audet
    Joshua C. Ezrin
    AUDET & PARTNERS, LLP
    221 Main Street, Suite 1460

San Francisco, California 94105
Phone: (415) 568-2555
Fax: (415) 568-2556

Jeff Meyer
THE MEYER LAW FIRM, P.C.
6363 Woodway Drive, Suite 720
Houston, Texas 77057
Phone: (713) 974-4100
Fax: (713) 974-0225

Kenneth T. Fibich
Erin Copeland
FIBICH HAMPTON LEEBRON BRIGGS &
JOSEPHSON, LLP
1150 Bissonnet
Houston, Texas 77005
Phone: (713) 751-0025
Fax: (713) 751-0030

Robert L. Salim
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (318) 352-5999
Fax: (318) 352-5998

Kathryn Harrington
Mark Ekonen
Amanda S. Williamson
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
P.O. Box 11310
Birmingham, Alabama 35202
Phone: (205) 326-3336
Fax: (205) 326-3332

George Erick Rosemond
ROSEMOND LAW GROUP, PC
8441 Gulf Freeway
Suite 600
Houston, Texas 77017
Phone: (713) 230-2342
Fax: (713) 649-3470

Janet G. Abaray
BURG SIMPSON ELDREDGE HERSCY &
JARDINE, P.C.
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
Phone: (513) 852-5600
Fax: (513) 852-5611

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel for Defendant pursuant to the Federal Rules of Civil Procedure on the 22 day of September, 2014.

          */s/ Blair R. Loocke*
          Blair R. Loocke

## VERIFICATION

STATE OF ILLINOIS      §
                       §
COUNTY OF COOK         §

      BEFORE ME, the undersigned notary public, on this day personally appeared Michelle Leal, being by me duly sworn on oath, deposed and stated the following:

My name is Michelle Leal. I am above the age of eighteen years, am of sound mind, have never been convicted of a felony, am competent to make this Verification, and have full authority to make this Verification as a Plaintiff in the matter *J.F. v. Abbott Laboratories, Inc.* I have read my answers and objections to Defendant's First Set of Interrogatories to Plaintiff Michelle Leal in her Representative Capacity as Parent and Next Friend of J.F. I have provided facts or access to facts stated in the Response, and the Response was prepared with the assistance and advice of counsel, and based upon my review and understanding of that information, I verify the facts stated in the Response are true and correct to the best of my knowledge, information, and belief.

*Michelle Leal*
Michelle Leal

      SUBSCRIBED AND SWORN TO BEFORE ME on the 18 day of September 2014, to certify which witness my hand and official seal.

*Christine M. Solorio*
Notary Public
In and For The State of Illinois
My Commission Expires: 8/28/2017

OFFICIAL SEAL
CHRISTINE M SOLORIO
Notary Public - State of Illinois
My Commission Expires Aug 28, 2017