# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DEPAKOTE:<br><br>D.W.K., JR. and parents MARY and DANIEL KALETA,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 14-CV-847-NJR-SCW<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

On Danny Kaleta's claim against Abbott, we find in favor of:

__Abbott__
Danny Kaleta or (Abbott)

*If the above finding is in favor of Danny Kaleta, complete the following on compensatory damages, and then proceed to sign and date the form below. If the above finding is in favor of Abbott, do not complete the following section, and proceed to sign and date the form below.*

We assess compensatory damages for Danny Kaleta as follows:

Disfigurement: $_____

Loss of Normal Life: $_____

Pain and Suffering: $_____

Emotional Distress: $_____

Necessary Help, Medical Care,
Treatment, and Services: $_____

Loss of Future Earnings: $_____

TOTAL $_____

Please date and sign the verdict form and inform the Court Security Officer that a verdict has been reached.

Date: 3/20/2015

