IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DEPAKOTE: | ) |
| | ) |
| D.W.K., JR. and parents MARY and DANIEL KALETA, | ) ) |
| | ) |
| Plaintiffs, | ) ) |
| vs. | )   Case No. 14-CV-847-NJR-SCW |
| | ) |
| ABBOTT LABORATORIES, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

This action was tried by a jury with Judge Nancy J. Rosenstengel presiding, and the jury has rendered a verdict.

It is ordered that Plaintiff Danny Kaleta recover nothing, and the action be dismissed on the merits.

DATED:  March 24, 2015

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
        Deputy Clerk


APPROVED: s/ Nancy J. Rosenstengel
NANCY J. ROSENSTENGEL
United States District Judge