# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D.W.K., a minor, by DANIEL W. KALETA and MARY KALETA, individually as parents and next friends of D.W.K., <br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES INC.,<br><br>Defendant. | )<br>)<br>)<br>)  Case No. 14-CV-847-NJR-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs D.W.K., a minor, by Daniel W. Kaleta and Mary Kaleta, individually as parents and next friends of D.W.K. ("Plaintiffs") in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on March 24, 2015 (Dkt. 395).

Dated: April 23, 2015

Respectfully submitted,

By:   */s/ Christopher Cueto*

Christopher Cueto
Bar No.: 06192248
LAW OFFICE OF CHRISTOPHER CUETO, LTD.
ccueto@cuetolaw.com
7110 West Main Street
Belleville, Illinois  62223
Telephone:  (618) 277-1554
Facsimile:  (618) 277-0962

-2-

        Ralph D. McBride
        Phillip L. Sampson, Jr.
        Heath A. Novosad
        Blair R. Loocke
        Nancy R. McEvily
        BRACEWELL & GIULIANI LLP
        711 Louisiana Street, Suite 2300
        Houston, Texas 77002
        Telephone: (713) 223-2300
        Facsimile: (713) 221-1212

        Jennifer Salim Richards
        BRACEWELL & GIULIANI LLP
        1445 Ross Avenue, Suite 3800
        Dallas, Texas 75202
        Telephone: (214) 468-3800
        Facsimile: (214) 468-3888

        John E. Williams, Jr.
        John T. Boundas
        Steven J. Kherkher
        Sejal K. Brahmbhatt
        WILLIAMS KHERKHER HART BOUNDAS, LLP
        8441 Gulf Freeway, Suite 600
        Houston, Texas 77017-5051
        Telephone: (713) 230-2200
        Facsimile: (713) 643-6226

        Kenneth T. Fibich
        Erin Copeland
        FIBICH HAMPTON LEEBRON BRIGGS &
        JOSEPHSON, LLP
        1150 Bissonnet
        Houston, Texas 77005
        Telephone: (713) 751-0025
        Facsimile: (713) 751-0030

        **ATTORNEYS FOR PLAINTIFFS**

-3-

## **CERTIFICATE OF SERVICE**

  Pursuant to Rule 7.1 of the Local Rules of the Southern District of Illinois, I certify that a true and correct copy of the foregoing has been properly served upon Abbott Laboratories Inc. as required by the Federal Rules of Civil Procedure.

                 */s/ Christopher Cueto*
                  Christopher Cueto