# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 9, 2015

By the Court:

| No. 15-1890 | D.W.K., by DANIEL W. KALETA and MARY KALETA, individually as parents and next friends of D.W.K., Plaintiff - Appellant<br><br>v.<br><br>ABBOTT LABORATORIES, INCORPORATED, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:14-cv-00847-NJR-SCW<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel | |

Upon consideration of the **UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**, filed on July 8, 2015, by counsel for the appellants,

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit