# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J.F., A MINOR, BY BEATRICE SIFUENTES AS NEXT FRIEND OF J.F., <br><br> PLAINTIFFS, <br><br> v. <br><br> ABBOTT LABORATORIES, INC., <br><br> DEFENDANT. | ) ) ) ) ) ) Case No. 14-CV-847-NJR-SCW ) ) ) ) |

## ENTRY OF APPEARANCE

COMES NOW, Carlton D. Wilde III, of the law firm Bracewell LLP, and hereby enters his appearance on behalf of Plaintiffs.

Respectfully submitted,

*/s/ Carlton D. Wilde III*
Christopher Cueto, #06192248
Michael Gras, #06303414
LAW OFFICE OF CHRISTOPHER CUETO, LTD.
7110 West Main Street
Belleville, IL 6223
Phone: (618) 277-1554
Fax: (618) 277-0962

Ralph D. McBride
Tony L. Visage
Phillip L. Sampson
Heath A. Novosad
Blair R. Loocke
Nancy M. Davis
Carlton D. Wilde III
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: (713) 223-2300
Fax: (713) 221-1212

-2-

>Jeff Meyer
>THE MEYER LAW FIRM, P.C.
>6363 Woodway Drive, Suite 720
>Houston, Texas 77057
>Phone: (713) 974-4100
>Fax: (713) 974-0225
>
>Kenneth T. Fibich
>Erin Copeland
>FIBICH HAMPTON LEEBRON BRIGGS &
>JOSEPHSON, LLP
>1150 Bissonnet
>Houston, Texas 77005
>Phone: (713) 751-0025
>Fax: (713) 751-0030
>
>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

   Pursuant to Rule 7.1 of the Local Rules of the Southern District of Illinois, I certify that a true and correct copy of the foregoing has been properly served upon Abbott Laboratories, Inc. as required by the Federal Rules of Civil Procedure.

>    */s/ Carlton D. Wilde III*
>       Carlton D. Wilde III