**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| IN RE: DEPAKOTE | ) ) ) ) ) ) | Case No. 3:14-CV-00847-NJR-SCW |

## <u>UNOPPOSED MOTION TO WITHDRAW</u>

Plaintiffs and Blair R. Loocke file this Motion to Withdraw Blair R. Loocke as Counsel and Notice of Appearances as follows.

Ms. Loocke, who has served as counsel for Plaintiffs in this suit, will leave the firm of Bracewell LLP as of April 1, 2018.  Accordingly, Plaintiffs and Ms. Loocke respectfully request that Ms. Loocke be permitted to withdraw as counsel in this matter.  Phillip L. Sampson, Jr. and Heath A. Novosad of Bracewell LLP will continue to serve as counsel for Plaintiffs.  Plaintiffs have conferred with counsel for Defendants, who do not oppose the relief sought herein.

This request is not sought for purposes of delay, but so that justice may be done.

Respectfully submitted,

By:  */s/  Blair R. Loocke*
     Phillip L. Sampson, Jr.
     Heath A. Novosad
     Blair R. Loocke
     BRACEWELL LLP
     711 Louisiana Street, Suite 2300
     Houston, TX 77002-2270

     **ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Rule 7.1 of the Local Rules of the Southern District of Illinois, I certify that a true and correct copy of the foregoing has been served upon Abbott Laboratories Inc. and AbbVie Inc. as required by the Federal Rules of Civil Procedure.

<u>*/s/ Blair R. Loocke*</u>
Blair R. Loocke